No. 533, Misc.  WITT *v.* McGEE, DIRECTOR OF CORRECTIONS, ET AL.  Supreme Court of California.  Certiorari denied.

No. 534, Misc.  BATES *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *A. Lillian C. Kennedy, Eugene A. Chase, Frank D. Reeves, Aubrey E. Robinson, Jr.* and *Charles T. Duncan* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 544, Misc.  EDWARDS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 546, Misc.  HUDSON *v.* IOWA.  Supreme Court of Iowa.  Certiorari denied.

No. 552, Misc.  APPLEBAUM ET AL., DOING BUSINESS AS CENTER AMUSEMENTS, *v.* PARAMOUNT PICTURES, INC. ET AL.  C. A. 5th Cir.  Certiorari denied.  *Walter P. Armstrong, Jr.* for petitioners.  *Earl T. Thomas* for respondents.

No. 575, Misc.  DAYTON *v.* BENNETT, DIRECTOR, BUREAU OF PRISONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 582, Misc.  CONDON *v.* NEW YORK.  County Court of Kings County, New York.  Certiorari denied.  Petitioner *pro se.*  *William I. Siegel* for respondent.

No. 584, Misc.  SERRAILLE *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.